**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

HERMON REZENE,

        Plaintiff,

v.                                                                      Case No. 2025-CV-

U.S.D. 500, and
MARY M. STEWART,
In Her Individual Capacity,

        Defendants.

## COMPLAINT

The plaintiff, Hermon Rezene, states and alleges the following claims for relief against the defendants, U.S.D. 500 and Mary M. Stewart, in her individual capacity.

## JURISDICTION AND VENUE

1.      This is an employment case based upon and arising under 42 U.S.C. § 1981, by and through 42 U.S.C.§ 1983.

2.      This court has subject matter jurisdiction over the plaintiff's claims pursuant to 28 U.S.C. § 1331.

3.      All of the wrongful acts and practices alleged below were committed within the State of Kansas, and venue is proper in this court pursuant to 28 U.S.C. § 1691(b)-(c).

## PARTIES

4.      The plaintiff, Hermon Rezene, is an African-American female who is employed by U.S.D. 500.

5.      The governmental defendant, U.S.D. 500, is a unified public school district which is created by state law, and which is located in Kansas City, Kansas.

1

6.      The individual defendant, Mary M. Stewart, is the former principal of Wyandotte High School, which is operated by U.S.D. 500 under color of state law. Ms. Stewart is a Caucasian female, and she is being sued in her individual capacity.

**FACTUAL ALLEGATIONS**

7.      Ms. Rezene was hired by U.S.D. 500 in January of 2019 to fill the position of Behavioral Health Social Worker at Wyandotte High School. Ms. Rezene's duties included providing social work services to all students at Wyandotte High School, including students in the Special Education Program.

8.      In January or February of 2022, Ms. Rezene was providing emotional support in her office to a student in the Special Education Program who was having a difficult day. As Ms. Rezene was escorting the student out of her office, they were approached in an aggressive manner by Matthew Greenberg, who was then employed by U.S.D. 500 as a Special Education Teacher at Wyandotte High School. Mr. Greenberg is Caucasian.

9.      Mr. Greenberg shouted at the student who was being escorted by Ms. Rezene, saying: "What are you doing in there? You shouldn't be in there!" Ms. Rezene attempted to explain to Mr. Greenberg that the student was having a difficult day, and that Ms. Rezene was providing counseling to the student. Mr. Greenberg cut off Ms. Rezene's explanation, shouting: "I don't care why he's in there, he needs to be in math class." This confrontation occurred in the hallway in front of Ms. Rezene's office, in front of students and other staff members. Ms. Rezene was humiliated and alarmed by this confrontation.

10.    Immediately after her confrontation with Mr. Greenberg, Ms. Rezene met with Rufus Black, who was then a Vice Principal of Wyandotte High School. Mr. Black is African-American. Ms. Rezene described her confrontation with Mr. Greenberg, and stated that she did not appreciate Mr. Greenberg aggressively marching toward, and shouting at, the student and herself. Mr. Black attempted to defend Mr. Greenberg's conduct, but said that he would have a talk with Mr. Greenberg.

11.    On April 29, 2022, Ms. Rezene had a conversation in her office with Jodi Van Wallenghem, who is an employee of U.S.D. 500. Ms. Van Wallenghem informed Ms. Rezene that earlier that same day in the main lobby of Wyandotte High School, Ms. Van Wallenghem had heard Mr. Greenberg complain to Mr. Black that the social workers let anyone come into their office and "just hang out." Ms. Van Wallenghem also informed Ms. Rezene that she had heard Mr. Greenberg further say, "I hate her", which Ms. Wallenghem understood as a reference to Ms. Rezene.

12.    Also on April 29, 2022, shortly after her conversation with Ms. Van Wallenghem, Ms. Rezene had a conversation in her office with Mr. Black. Ms. Rezene told Mr. Black that she had been informed that Mr. Greenberg had spoken critically of her in the main lobby, in front of other adults and students. Mr. Black replied that Mr. Greenberg "has very strong feelings about you." Mr. Black also did not deny that Mr. Greenberg had said, "I hate her."

13.    Early in the morning on May 2, 2022, pursuant to U.S.D. 500's written policies, Ms. Rezene filed a grievance against Mr. Greenberg. Ms. Rezene sent her grievance to her supervisors, namely, Ms. Stewart, Mr. Black, and Angela Dunn, who is U.S.D. 500's Behavioral Health Social Worker Coordinator.

14.     Later in the morning on May 2, 2022, Mr. Black summoned both Ms. Rezene and Mr. Greenberg to a meeting in the main conference room. Mr. Black began the meeting by reading random sentences from Ms. Rezene's formal grievance against Mr. Greenberg. However, Mr. Greenberg kept interrupting Mr. Black, saying: "What is this meeting about, why am I here?" Mr. Greenberg finally said, "because you two do not get along."

15.     At that point during this meeting, Ms. Rezene attempted to explain to Mr. Greenberg how his conduct and remarks had offended her. However, Mr. Greenberg angrily denied Ms. Rezene's statements, and he was condescending, rude, and disrespectful towards her. At one point during the meeting, Ms. Rezene asked Mr. Greenberg if he believed that any students at Wyandotte High School ever experienced trauma. Mr. Greenberg stood up, slammed his laptop closed, pointed his finger at Ms. Rezene, and said, "I'm not here to answer your questions." He then stormed out of the conference room, slamming the door behind him.

16.     After Mr. Greenberg had stormed out of the meeting, Ms. Rezene sat in stunned silence for a few minutes, and then she became very emotional. She explained to Mr. Black that Mr. Greenberg's behavior was nothing new, and this was how he had treated her previously. Mr. Black told Ms. Rezene that he knew race played a role in this situation.

17.     On the following day, May 3, 2022, Ms. Stewart came to Ms. Rezene's office and said, "I heard the meeting didn't go so well." Ms. Rezene explained to her how the meeting went, and how Ms. Rezene felt. Ms. Stewart then explained the grievance

process to Ms. Rezene, saying that she would meet with Mr. Greenberg separately, and then she would meet with both of them together to mediate Ms. Rezene's grievance.

18.    During the morning of May 4, 2022, Mr. Greenberg sent an email to Ms. Rezene with a copy to Ms. Stewart and Mr. Black. This email stated in relevant part:

> During our meeting on Monday [May 2], it was discussed that the Special Education Department would be receiving a list of students with IEPs that are being serviced by social workers. This information is needed so that our department can have the students evaluated for social work minutes. This is especially important given that there are students with IEPs that our department was unaware were being serviced. This would be in conflict with their writing of their IEPs.

19.    Contrary to Mr. Greenberg's email, there was no agreement during the meeting on May 2, 2022, that the Special Education Department would be receiving a list of students with IEPs. Ms. Rezene believed that Mr. Greenberg sent the email to her on May 4 as a means to further intimidate, embarrass, and harass her.

20.    During the evening of May 4, 2022, Mr. Greenberg sent an email to the entire Special Education Department at Wyandotte High School. This email stated in relevant part:

> Please be advised of the email below [to Ms. Rezene]. I've asked for the information of students with an IEP that are receiving social work services to be disclosed. I understand that this information is necessary for some of us that have students that are spending time with some social workers without our knowledge.

Ms. Rezene believed that Mr. Greenberg sent the email to the entire Special Education Department as a means to further intimidate, embarrass, and harass her.

21.     Ms. Stewart did not initially have any objection to Mr. Greenberg's request to Ms. Rezene for a list of students with IEPs who were receiving social work services. However, on May 5,2022, Ms. Dunn sent an email to Mr. Greenburg, stating in relevant part:

> Behavioral Health Social Workers support students in crisis and those experiencing at risk mental health symptoms or behaviors, regardless of IEP status. Due to the nature of their work and confidentiality, social workers will not share a list of students they work with.

22.     On May 6, 2022, Ms. Stewart came to Ms. Rezene's office to inform her about the meeting which Ms. Stewart had with Mr. Greenberg, as part of the grievance process. Ms. Stewart stated that Mr. Greenwood "is really just immature, and lacks professional decorum," and that Ms. Stewart would provide him with "some coaching." Ms. Rezene responded that she felt unsafe because of the hostile work environment created by Mr. Greenberg, and that her family was worried about her safety. Ms. Rezene further explained that words have power, and that Mr. Greenberg had used the word "hate" about her several times to Mr. Black and in front of other colleagues. Ms. Stewart did not take Ms. Rezene's concerns seriously, saying "I really don't think anything will happen."

23.     On May 23, 2022, which was the beginning of the last week of the regular school year, Ms. Rezene asked Ms. Stewart when she would meet with Ms. Rezene and Mr. Greenberg to mediate Ms. Rezene's grievance. Ms. Stewart replied that the mediation would take place later that same week.

24.     On May 26, 2022, Ms. Rezene was summoned to a meeting with Ms. Stewart and Mr. Greenberg. Six other teachers also attended the meeting, and they were

all friends and supporters of Mr. Greenberg. During this meeting, which was brief, Ms. Steward said that "there is a lot of tension in this room", and that everybody needs to get along and to work together next year. No one else spoke during this meeting. Ms. Rezene was very disappointed by the meeting, and she felt attacked by the meeting.

25.    Immediately after the meeting on May 26, 2022, Ms. Rezene asked Ms. Stewart when they would meet with Mr. Greenberg alone to mediate Ms. Rezene's grievance against Mr. Greenberg. Ms. Stewart replied that they would not be meeting with Mr. Greenberg this school year, and that "we'll deal with it next school year."

26.    The next school year began in August of 2022. From the outset of that school year, Mr. Greenberg continued to create a hostile work environment for Ms. Rezene. Specifically, Mr. Greenberg made negative comments in the hallways as Ms. Rezene worked with students; he refused to invite Ms. Rezene to IEP meetings involving students to whom she provided services; he spoke very negatively about Ms. Rezene to other staff members; and he referred to Ms. Rezene and her social worker colleagues as "the Blacks."

27.    On September 9, 2022, Michael Rebne, who is a teacher at Wyandotte High School, filed a formal complaint with U.S.D. 500 regarding Mr. Greenberg's hostile conduct towards Mr. Rezene. Mr. Rebne's complaint stated in relevant part:

> I am filing a formal complaint about bullying, harassment, and racial discrimination. Colleagues at Wyandotte High School have shared with me that during the 21-22 school year Matthew Greenberg has, with no provocation, yelled at a professional educator, a Black woman, in a public space, exclaiming "I hate you" and posturing himself in an angry and aggressive way during a meeting in a manner so deliberately intimidating that the notetaker felt nervous and concerned for the victim. Mr. Greenberg has made

<u>comments</u>, reported by other colleagues, <u>about how much he hates this educator.</u>

During the 21-22 school year, Mr. Greenberg has made inappropriate demands to try to force the victim to reveal confidential information. The accumulated effect of the hateful comments, undermining actions, and the inappropriate demands - -made with other educators and the building leadership copied on emails - - <u>is bullying and its ongoing nature makes it feel condoned, especially by white colleagues and even building leadership.</u>

....

Despite some attempts to resolve the issues, Mr. Greenberg's behavior persists. I was recently told that on September 8th <u>that he continues to speak openly and hatefully about the Black colleague mentioned above</u>, to the extent that colleagues have come to her to check on her well-being and ask, "why does he hate you so much?"

<u>The victim of this harassment feels so bullied that she finds it increasingly difficult to come into work and often feels physically ill because of it.</u> Even family members are offering to come to her workplace to try to advocate for her because of how it is affecting her during and after work.

(Emphasis added.)

28.     On October 18, 2022, Mr. Rebne received a letter from U.S.D. 500, responding to his complaint about Mr. Greenberg's hostile conduct toward Ms. Rezene. This letter was signed by Anissa Jackson, who is employed as an HR Investigations Advisor for U.S.D. 500. This letter stated in relevant part:

This letter will serve as a closure notification regarding the investigation into the complaint you submitted on September 9, 2022, regarding a staff member displaying inappropriate negative behavior towards staff members and students at Wyandotte high School.

After speaking with you, reviewing all the information and documents gathered in the investigation, <u>we have determined that the complaint is substantiated</u> and all concerns in your complaint were addressed by Human Resource.

(Emphasis added.)

29.    Throughout all of the fall semester of 2022, Mr. Greenberg continued to create a hostile work environment for Ms. Rezene. Mr. Greenberg's abusive behavior was repeatedly reported by Ms. Rezene to Ms. Stewart. In addition, Ms. Rezene repeatedly asked Ms. Stewart when they would meet with Mr. Greenberg to mediate Ms. Rezene's ongoing issues with Mr. Greenberg. Ms. Stewart continually avoided this meeting, and told Ms. Rezene, "it's time to let this go."

30.    In January of 2023, Ms. Stewart finally agreed to allow Ms. Rezene to meet with Dr. Canise Salinas-Willich to discuss Ms. Rezene's ongoing issues with Mr. Greenberg. Dr. Salinas-Willich is employed by U.S.D. 500 as the Executive Director of Diversity, Equality, and Inclusion. On or about January 13, 2023, Ms. Rezene and Ms. Stewart met with Dr. Salinas-Willich, and Ms. Rezene explained how Mr. Greenberg had been harassing her for the past two school years.

31.    After Ms. Rezene had explained how she had been harassed, Dr. Salinas–Willich responded that she was aware of the situation because she was working with Mr. Greenberg as part of the outcome of Ms. Rezene's formal grievance, which had been substantiated. Ms. Rezene asked Dr. Salinas-Willich why Mr. Greenberg was telling

coworkers that he hated Ms. Rezene. Dr. Salinas-Willich replied, "he doesn't know why he hates you so much."

32.     Also during the meeting on January 13, 2023, Dr. Salinas-Willich expressed surprise that Ms. Rezene and Mr. Greenberg had not been brought together to mediate Ms. Rezene's ongoing issues with Mr. Greenberg. Ms. Rezene asked Dr. Salinas-Willich if she would herself facilitate a mediation or restorative circle to help address the situation. Dr. Salinas-Willich agreed to do this, and she further stated that she would meet with Mr. Greenberg herself to prepare him for the mediation. The mediation was scheduled for January 20, 2023.

33.     Much to Ms. Rezene's surprise and dismay, the mediation scheduled for January 20, 2023, never took place. Ms. Rezene sent a follow-up email to Dr. Salinas-Willich about the scheduled mediation, but she never received any response. Furthermore, Dr. Salinas-Willich essentially ignored Ms. Rezene after their meeting on January 13, 2023.

34.     In February of 2023, Ms. Rezene went on maternity leave, and then returned to work in May of 2023 for the last two weeks of the regular school year. Ms. Rezene decided to transfer to an elementary school in U.S.D. 500 because of the hostile work environment to which she continued to be subjected at Wyandotte High School, and because of the failure of Ms. Stewart and U.S.D. 500 to take reasonable remedial action to respond to the hostile work environment.

35.     At the end of the summer school in 2023, Mr. Greenberg resigned from his employment with U.S.D. 500.

## COUNT I: HOSTILE WORK ENVIRONMENT AGAINST
## U.S.D. 500, IN VIOLATION 42 U.S.C. § 1981

36.    The above paragraphs are incorporated into Count I by reference.

37.    During her employment at Wyandotte High School, Ms. Rezene was subjected to a hostile work environment, based on her race. This hostile work environment consisted of Mr. Greenberg's conduct towards her from January of 2022 through the summer of 2023. Mr. Greenberg's conduct was abusive, discriminatory, threatening, humiliating, and offensive.

38.    The abusive conduct to which Ms. Rezene was subjected was sufficiently severe or pervasive as to alter the conditions of her employment, and to create a hostile work environment. This hostile work environment violated 42 U.S.C. § 1981.

39.    By and through 42 U.S.C. § 1983, U.S.D. 500 is liable for the hostile work environment to which Ms. Rezene was subjected because final policymaking authorities of U.S.D. 500, i.e. Ms. Stewart and Ms. Salinas-Willich, failed to take remedial and preventive action reasonably calculated to end the racial harassment of Ms. Rezene by Mr. Greenberg. In addition, U.S.D. 500 is also liable for the hostile work environment to which Ms. Rezene was subjected because U.S.D. 500 has a custom of failing to take remedial and preventive action reasonably calculated to end the racial harassment of other employees of U.S.D. 500.

40.    As a result of the hostile work environment to which she was subjected, Ms. Rezene has suffered damages in the form of emotional distress, mental anguish, loss of enjoyment of life, humiliation, and anger. Ms. Rezene has also suffered damages in the form of economic loss.

WHEREFORE, Ms. Rezene prays for judgment against U.S.D. 500 for damages in excess of $100,000.00, plus attorney fees, prejudgment interest, and litigation costs.

### COUNT II: HOSTILE WORK ENVIRONMENT AGAINST MS. STEWART, IN VIOLATION OF 42 U.S.C. §1981

41.     The above paragraphs are incorporated into Count II by reference.

42.     During her employment at Wyandotte High School, Ms. Rezene was subjected to a hostile work environment, based on her race. This hostile work environment consisted of Mr. Greenberg's conduct towards her from January of 2022 through the summer of 2023. Mr. Greenberg's conduct was abusive, discriminatory, threatening, humiliating, and offensive.

43.     The abusive conduct to which Ms. Rezene was subjected was sufficiently severe or pervasive as to create a hostile work environment. This hostile work environment violated 42 U.S.C. § 1981.

44.     By and through 42 U.S.C. § 1983, Ms. Stewart is liable for the hostile work environment to which Ms. Rezene was subjected because Ms. Stewart was a final policymaking authority of U.S.D. 500, and because Ms. Stewart failed to take remedial and preventive action reasonably calculated to end the racial harassment of Ms. Rezene by Mr. Greenberg.

45.     As a result of the hostile work environment to which she was subjected, Ms. Rezene has suffered damages in the form of emotional distress, mental anguish, loss of enjoyment of life, humiliation, and anger. Ms. Rezene has also suffered damages in the form of economic loss.

46.     In failing to take remedial and preventive action reasonably calculated to end the racial harassment of Ms. Rezene by Mr. Greenberg, Ms. Stewart acted with reckless indifference to the federally protected rights of Ms. Rezene. Therefore, Ms. Stewart is liable for punitive damages.

WHEREFORE, Ms. Rezene prays for judgement against Ms. Stewart, in her individual capacity, for damages in excess of $100,000.00, plus attorney fees, prejudgment interest, and litigation costs.

Respectfully submitted,

/s/ Alan V. Johnson
Alan V. Johnson, KS #9992
Sloan, Eisenbarth, Glassman,
McEntire & Jarboe, L.L.C.
534 S. Kansas Ave, Suite 1000
Topeka, Kansas 66603
Telephone    (785) 357-6311
Fax           (785) 357-0152
ajohnson@sloanlawfirm.com
***ATTORNEY FOR PLAINTIFF***

## REQUEST FOR TRIAL BY JURY

Pursuant to Fed. R. Civ. Pro. 38, the plaintiff requests a trial by jury on all claims triable to a jury.

## DESIGNATION OF PLACE OF TRIAL

The plaintiff requests that Kansas City, Kansas, be designated as the place of trial in the above captioned matter.

Respectfully submitted,

/s/ Alan V. Johnson
Alan V. Johnson, KS #9992
Sloan, Eisenbarth, Glassman,
McEntire & Jarboe, L.L.C.
534 S. Kansas Ave, Suite 1000
Topeka, Kansas 66603
Telephone    (785) 357-6311
Fax            (785) 357-0152
ajohnson@sloanlawfirm.com
**ATTORNEY FOR PLAINTIFF**